**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANUEL ALEJANDRO RODRIGUEZ-ARVAYO,<br>Defendant. | Case No. 2:26-mj-00533-EJY<br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, November 4, 2026, at 4:00 p.m. be vacated and continued to March 11, 2027 at the hour of 4:00 p.m.

DATED this 27th of October 2026.

UNITED STATES MAGISTRATE JUDGE